**10-1287M**

DMJ:LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

STEPHANIE LLOYD,

         Defendant.

- - - - - - - - - - - - - - - - - -X

TO BE FILED UNDER SEAL

COMPLAINT AND AFFIDAVIT IN
SUPPORT OF ARREST WARRANT

(T. 18, U.S.C., §§ 371,
2114(a) and 2)

EASTERN DISTRICT OF NEW YORK, SS:

    TOSHA DENNIS, being duly sworn, deposes and states that she is a Postal Inspector with the United States Postal Inspection Service, duly appointed according to law and acting as such.

    Upon information and belief, on October 30, 2009, within the Eastern District of New York, the defendant STEPHANIE LLOYD, together with others, did knowingly and willfully conspire to rob a person having lawful charge, control and custody of money and other property of the United States, which money and property belonged to the United States Postal Service in violation of Title 18, United States Code, Section 2114(a).

    (Title 18, United State Code, Section 371).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because this Affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I

1

1. I have been a Postal Inspector for approximately eight years. I am familiar with the facts contained in this Affidavit as a result of my participation in the investigation of the post office robbery discussed in this Affidavit, which includes, but is not limited to, my review of robbery surveillance photographs, interviews with witnesses, review of subpoenaed records and conversations with other law enforcement personnel assisting with the investigation.

## THE POST OFFICE ROBBERY

2. On October 30, 2009, the Wyandanch Post Office, located at 1569 Straight Path, Wyandanch, New York (the "Post Office"), was robbed at gunpoint.

3. On that date, at approximately 5:00 a.m., two men entered the Post Office through the rear by forcing an employee at gunpoint to open the rear door and disarm the alarm. Both suspects had their faces covered.

4. Upon entering the Post Office, the two individuals forced the employee to open the safe at gunpoint and the individuals stole the United States Currency from inside of the safe. The individuals then fled the Post Office.

5. In September 2010, a cooperating witness (CW) admitted that he, TRAVIS WALKER and three other individuals conspired to rob the Post Office and in fact robbed the Post Office

---

have not included details of every aspect of this investigation.

on October 30, 2009. The CW indicated that three individuals waited outside the post office acting as both look-out and getaway drivers (two cars were waiting outside of the Post Office). The CW further advised that TRAVIS WALKER waited outside while the two co-conspirators robbed the Post Office.

6. The CW further indicated that TRAVIS WALKER bragged to him that he had inside information about the Post Office given to him by his girlfriend who worked at the Post Office. TRAVIS WALKER also told the CW that they had to pay his girlfriend for the information.

7. The defendant STEPHANIE LLOYD is a sales associate at the POST OFFICE where she has worked for approximately six years.

8. I have reviewed cellular telephone records of (347) 551-9749, the cellular telephone registered to the defendant STEPHANIE LLOYD. Around the time of the robbery of the Post Office, the defendant's cellular telephone was in constant contact with (347) 558-0889, a telephone number registered to Duane Walker at 132-16 133rd Avenue, South Ozone Park, Queens.

9. In May 2009, TRAVIS WALKER was arrested by the NYPD and he provided (347) 558-0889 as his cell phone number and 132-16 133rd Avenue, South Ozone Park, Queens as his residence.

WHEREFORE, based on the aforementioned information, your deponent respectfully requests that an arrest warrant be issued for the defendant STEPHANIE WALKER so that he may be dealt with according to law. Further, your deponent respectfully requests that this Affidavit and the arrest warrant be filed under seal.

_____
TOSHA DENNIS
Postal Inspector
U.S. Postal Inspection Service

Sworn to before me this
1st day of November 2010

_____
WILLIAM D. WALL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK